**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000480
27-JAN-2021
09:26 AM
Dkt. 21 OGMD**

NO. CAAP-20-0000480

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
DESIRAE ADANIYA, Defendant-Appellee, and
SCOTT'S BAIL BOND, L.L.C., doing business as
ALOHA BAIL BONDS, Intervenor-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1CPC-19-0000754)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of Intervenor-Appellant Scott's Bail Bonds, L.L.C., doing business as Aloha Bail Bonds's November 19, 2020 Notice of Withdrawal, which the court construes as a motion to dismiss the appeal under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, January 27, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge